AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 5 2023

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

<table>
<tr><td>UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM WILBANKS</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td><b>JUDGMENT IN A CRIMINAL CASE</b><br>(For <b>Revocation</b> of Probation or Supervised Release)<br><br>Case No.  4:22-cr-00056-JM-01<br>USM No. 30845-076<br><br>Toney Brasuell<br><span style="border-top:1px solid;">Defendant's Attorney</span></td></tr>
</table>

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   Mandatory, Standard, Special  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 - Mandatory (3) | Unlawful use of a controlled substance | 05/08/2023 |
| 2 - Standard (5) | Failure to notify probation of change of address | 12/02/2022 |
| 3 - Standard (6) | Failure to allow probation to visit residence | 05/25/2023 |
| 4 - Standard (10) | Having a firearm in his residence | 05/25/2023 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  3870

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
Defendant Detained

07/25/2023
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR., U.S. DISTRICT JUDGE
Name and Title of Judge

7/25/23
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  **2**  of  **3**

DEFENDANT:  WILLIAM WILBANKS
CASE NUMBER:  4:22-cr-00056-JM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Standard (8) | Associating with a convicted felon who was also engaging in criminal activity | 12/12/2022 |
| 6 - Special (2) | Failure to follow inpatient substance abuse treatment rules, which lead to discharge from the program | 05/07/2023 |
| 7 - Special (4) | Failure to participate in mental health counseling | 04/28/2022 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                         Sheet 2— Imprisonment

Judgment — Page  3  of  3

DEFENDANT: WILLIAM WILBANKS
CASE NUMBER: 4:22-cr-00056-JM-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
ELEVEN (11) MONTHS with no supervised release to follow.

☑  The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential or non-residential substance abuse treatment and mental health counseling during incarceration.  The Court further recommends designation at FCI Forrest City, AR to allow the defendant to remain near his family.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐ a.m.  ☐ p.m.   on   _____  .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____   to   _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL